IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUAN L. DELGADO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, Acting | : | |
| Commissioner of Social Security | : | NO.  20-4491 |

## **O R D E R**

AND NOW, this 1st day of December, 2021, upon consideration of Plaintiff's brief (Doc. 21), Defendant's Uncontested Motion to Remand (Doc. 24), and the administrative record (Doc. 12), IT IS HEREBY ORDERED that the Motion for Remand is GRANTED, and the case is REMANDED for further proceedings.

This remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g).  The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:


/s/ Elizabeth T. Hey
ELIZABETH T. HEY, U.S.M.J.